**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| KENNETH CLARK CRAYTON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 3:19-cv-00571 |
| | : |
| TRANSUNION RENTAL SCREENING | : |
| SOLUTIONS, INC., *et al.* | : |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Kenneth Clark Crayton, and RentGrow, Inc., by counsel, stipulate to dismissal of this action with prejudice, with each party to cover its own costs and attorney's fees.

There are no longer any issues in this action between the Plaintiff and RentGrow, Inc. to be determined by the Court, and counsel for both parties have agreed to the filing of this stipulation.

As Rentgrow, Inc. was the last remaining Defendant, this matter should now be dismissed and terminated in its entirety.

Respectfully submitted,
Kenneth Clark Crayton

_____/s/_____
Matthew J. Erausquin, VSB No. 65434
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Tel:   703-273-7770
Fax:   888-892-3512
Email: matt@clalegal.com
*Counsel for the Plaintiff*

                                                                          /s/
                                       Renee M. Knudsen
                                       BAKER & HOSTETLER LLP
                                       1050 Connecticut Ave NW
                                       Suite 1100
                                       Washington, DC 20036
                                       Tel:   202-861-1599
                                       *Counsel for RentGrow, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                       By       /s/
                                       Matthew J. Erausquin, VSB No. 65434
                                       Consumer Litigation Associates, P.C.
                                       1800 Diagonal Road, Ste. 600
                                       Alexandria, Virginia 22314
                                       Tel: (703) 273-7770
                                       Fax: (888) 892-3512
                                       Email: matt@clalegal.com
                                       *Counsel for the Plaintiff*